UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
INNOVATIVE BIODEFENSE INC.,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/22/13

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

Plaintiff,

- against -

12 Civ. 3710 (ER)(GAY)

VSP TECHNOLOGIES INC. et al
                          Defendant(s).
------------------------------------------------------X

The above-entitled action is referred to the Honorable George A. Yanthis, United States Magistrate Judge, for the following purpose(s):

__X__  GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

_____  GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

_____  DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

_____  SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

_____  JURY SELECTION

_____  HABEAS CORPUS

_____  INQUEST AFTER DEFAULT / DAMAGES HEARING

_____  SOCIAL SECURITY

_____  SETTLEMENT

_____  CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial)

_____  CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF

Dated: New York, New York
       November 21, 2013

SO ORDERED:

_____
EDGARDO RAMOS, U.S.D.J.

* Do not check if already referred for General Pre-Trial.

Rev. 9/10